# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 3:17-CR-128 |
| v.   : | |
| : | (JUDGE MANNION) |
| **SHAVONNE SAXON,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Saxon's Emergency Motion for Compassionate Release because of the COVID-19 pandemic, **(Doc. 130)**, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction due to her failure to exhaust all of her BOP administrative remedies under §3582(c)(1)(A)(i).

2. Insofar as Saxon is challenging any decision by the BOP that she is not eligible for home confinement designation under the CARES Act, her motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 6, 2020**
17-128-01-ORDER