**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**          :

    **v.**          :          **CRIMINAL NO. 3:17-128**

**SHAVONNE SAXON,**          :          **(JUDGE MANNION)**

       **Defendant**          :

**ORDER**

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)**    Defendant's motion to vacate, (Doc. 125), is **DENIED**;

**(2)**    Defendant is not entitled to an evidentiary hearing; and

**(3)**    There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 12, 2021**
17-128-02-ORDER